UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD, | No. 2:20-cv-00271-WBS-CKD |
| Plaintiff, | |
| v. | ORDER |
| ISAAC LOCKWOOD, et al., | |
| Defendants. | |

Plaintiff is a former county inmate currently in state prison proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. On November 4, 2020, plaintiff filed a request for change of venue which the court construes as a motion for disqualification of the undersigned.[1] ECF No. 20. Pursuant to 28 U.S.C. § 455, a magistrate judge shall disqualify herself in any proceeding in which her impartiality might reasonably be questioned or where she has a personal bias or prejudice concerning a party. In plaintiff's motion for disqualification, he speculates that the undersigned is biased against plaintiff based upon the rulings in his case. The court does not find disqualification is appropriate in this matter.

/////

---

[1] The filing date has been calculated using the prison mailbox rule. See Houston v. Lack, 487 U.S. 266 (1988).

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for disqualification (ECF No. 20) is denied.

Dated:  November 20, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/rood0271.disq.docx

2