UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ISAAC LOCKWOOD, et al,<br><br>　　　　　Defendants. | No. 2:20-cv-00271-WBS-CKD P<br><br><br>ORDER |

　　　　Plaintiff is a former county inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Currently pending before the court is plaintiff's motion to extend the deadlines in this case.  ECF No. 35.  For good cause shown, the court will grant plaintiff's motion and modify the discovery and scheduling order previously entered by extending the deadlines governing this case for 60 days.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 35) is granted.

2.  The court amends the previously issued Discovery and Scheduling Order by extending the discovery cut-off date to September 28, 2021.  Any motions necessary to compel discovery shall be filed by that date.

3.  All pretrial motions, except motions to compel discovery, shall be filed on or before December 21, 2021.

1

4. All other provisions of the court's April 2, 2021 Discovery and Scheduling Order remain in effect.

Dated: July 20, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/rood0271.modifyDSO.pl.docx