UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISAAC LOCKWOOD, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0271 KJM AC P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2022, defendants filed motions to compel plaintiff's responses to written discovery. ECF Nos. 49, 50. The time for responding has now passed and plaintiff has not responded to the motions. Plaintiff will be given one final opportunity to respond.

　　　Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order plaintiff shall respond to defendants' motions to compel. Failure to respond will be deemed a waiver of any opposition to the granting of the motions and may result in the imposition of sanctions. See L.R. 230(l).

DATED: May 9, 2022

　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE