1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   COLTON JAMES ROOD,                          No.  2:20-cv-0271 KJM AC P

12            Plaintiff,

13       v.                                      ORDER

14   ISAAC LOCKWOOD, et al.,

15            Defendants.

16

17        On March 30, 2022, defendants filed motions to compel plaintiff's responses to

18   interrogatories and requests for production, in which they asserted that plaintiff had completely

19   failed to respond.  ECF Nos. 49, 50.  Plaintiff opposed the motions on the ground that he mailed

20   out his responses after he received his property back.  ECF No. 53.  Defendants did not file a

21   reply to the opposition and were ordered to file a notice advising the court whether they had

22   received plaintiff's responses.  ECF No. 56.  They have now filed a notice stating that the

23   responses were received.[1]  ECF No. 57.  Since defendants have received plaintiff's responses to

24   their discovery requests, the motions to compel will be denied.  Defendants may, if necessary, file

25   motions to compel related to the sufficiency of plaintiff's responses.

26   _____

27   [1]  The notice states that the responses were received within the timeframe set by the order
     granting the motions to compel.  ECF No. 57.  However, the order defendants reference merely
28   ordered plaintiff to respond to the motions.  ECF No. 52.

                                            1

1        Accordingly, IT IS HEREBY ORDERED that defendants' motions to compel (ECF Nos.

2   49, 50) are DENIED.

3   DATED: June 28, 2022

4

                                 ALLISON CLAIRE

5                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28