UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD, | No. 2:20-cv-0271 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| ISAAC LOCKWOOD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants have filed a motion for summary judgment. ECF No. 63. However, it does not appear that they contemporaneously served plaintiff with a Rand Notice, as required by this court. See ECF No. 25 at 4, ¶ 11 (citing Woods v. Carey, 684 F.3d 934, 935 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998)).

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-four hours of receiving this order, defendants shall serve plaintiff with a Rand Notice, as required by the December 16, 2020 order. Failure to do so will result in a recommendation that the motion for summary judgment be denied; and

////

////

////

1

2. Plaintiff shall have twenty-one days from the service of the <u>Rand</u> Notice to file his response to the motion for summary judgment.

DATED: November 22, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE