UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISAAC LOCKWOOD, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0271 KJM AC P<br><br><br>ORDER |

Plaintiff has filed a motion for a thirty-day extension of time to file a response to defendants' motion for summary judgment. ECF No. 69. The current deadline is December 29, 2022. ECF No. 68. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 69) is GRANTED; and

2. Plaintiff is granted an additional thirty days, up to January 30, 2023, to file a response to defendants' motion for summary judgment.

DATED: December 20, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE